Juan Avila
7547 Dixie Dr.
Houston Tx 77087

United States District Court
Southern District of Texas
FILED
FEB - 1 2017
David J. Bradley, Clerk of Court

United States District Courthouse
515 Rusk Street
Houston Tx 77002

7002-2623

USA FIRST CLASS FOREVER